Winthrop SMITH, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error. Cornelius J. KELLY, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error. (Circuit Court of Appeals, Second Circuit. May 5, 1924.) Nos. 266–340. In Error to the District Court of the United States for the Southern District of New York. Leonard Biel, of New York City (Edward F. Spitz, of New York City, of counsel), for plaintiff in error Smith. George A. Hopkins, of New York City, for plaintiff in error Kelly. William Hayward, U. S. Atty., of New York City (Peter J. McCoy, Jr., Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgments affirmed.

In the Matter of STATE LINE TELEPHONE COMPANY, Inc., Bankrupt. Paul Schmid, Appellant. (Circuit Court of Appeals, Second Circuit. May 2, 1924.) No. 357. Appeal from the District Court of the United States for the Southern District of New York. Holley & Oxenberg, of New York City (M. J. Holley, of New York City, of counsel), for appellant. Robert P. Levis, of New York City, for respondent Wilson. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court.